# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2020

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:   United States v. Malik DeJesus**
         **20 Cr. 464 (LJL)**

Dear Judge Liman:

I write on behalf of my client, Malik DeJesus, and with the consent of the Government, to respectfully request an adjournment of the pretrial conference currently scheduled for tomorrow, December 2, 2020.   Additional time is needed to assess whether pre-trial motions will be filed and to explore the possibility of a pre-trial disposition with the Government.

Therefore, I respectfully request an adjournment of approximately 45 days to a date in mid-January 2021.  Mr. DeJesus consents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

/s/ *Amy Gallicchio*

_____
Amy Gallicchio, Esq.
Assistant Federal Defender
(212) 417-8728 / (917) 612-3274

CC:    AUSA Thomas Burnett

---

**GRANTED.**
The Status Conference previously set for December 2, 2020 is RESCHEDULED to January 12, 2021 at 3:00PM. The Court, with consent of all parties, excludes time until January 12, 2021 pursuant to 18 USC 3161(h)(7)(A), upon the findings that the ends of justice outweigh the interests of the public and the defense in a speedy trial in that the time from now until January 12 is necessary for counsel to determine if any pretrial motions will be filed and for parties to explore the possibility of a pretrial disposition.

SO ORDERED.
12/2/2020
LEWIS J. LIMAN
United States District Judge