# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

*Southern District*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 21, 2021

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** **United States v. Malik DeJesus**
**20 Cr. 464 (LJL)**

> **REQUEST GRANTED.**
> The Suppression Hearing previously set for April 7, 2021 is rescheduled to April 26, 2021 at 2:00PM. The hearing will proceed by zoom video conference and parties will be provided instructions to access the hearing. The Court, with consent of all parties, excludes time from March 24, 2021 until April 26, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and April 26 will allow additional time for parties to prepare for the upcoming hearing.
>
> 3/24/2021  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Dear Judge Liman:

I write, with the consent of the Government, to request an adjournment of suppression hearing in the above captioned matter currently scheduled for April 7, 2021. Due to the press of other matters, Mr. DeJesus will need additional time to prepare for the hearing.

Therefore, I respectfully request that the Court adjourn the matter to April 26, 2021, a date on which I understand the Court is available. Mr. DeJesus consents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

/s/ *Amy Gallicchio*

_____
Amy Gallicchio, Esq.
Assistant Federal Defender
(212) 417-8728 / (917) 612-3274

CC:  AUSA Thomas Burnett