UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 20-CR-464 (LJL)
:
MALIK DEJESUS, : <u>RESCHEDULING</u>
: <u>ORDER</u>
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     It is HEREBY ORDERED that the Suppression Hearing previously set for April 26, 2021 is rescheduled to April 28, 2021 at 2:00PM. The hearing will no longer be held remotely and instead will proceed in-person in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time until April 28, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

     SO ORDERED.

Dated: April 22, 2021
      New York, New York
                                                 LEWIS J. LIMAN
                                       United States District Judge