# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 1, 2021

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court approves the modification to defendant's bail conditions as proposed.

9/2/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:   United States v. Malik DeJesus**
         **20 Cr. 464 (LJL)**

Dear Judge Liman:

I write, with the consent of the Government and Pretrial Services, to respectfully request a modification of Malik DeJesus' bail conditions to remove the condition of home detention and replace it with a curfew enforced by location monitoring as directed by Pretrial Services.

On August 11, 2020, Mr. DeJesus was released on the following bail conditions:

1. $10,000 personal recognizance bond to be cosigned by two financially responsible persons;
2. Pretrial supervision as directed by Pretrial Services;
3. Home detention enforced by electronic monitoring;
4. Drug testing and treatment;
5. Continue or seek employment;
6. Travel restricted to SDNY/EDNY;
7. Surrender travel documents and no new applications;
8. Deft not to possess firearms, destructive devices, other weapons;
9. Deft shall not possess another person's personal identifying information.

For over a year, Mr. DeJesus has maintained excellent compliance with his release conditions. These conditions, however, have made it difficult for Mr. DeJesus to secure employment. The requested modification to a

Honorable Lewis J. Liman  Page 2
September 1, 2021

Re:     **United States v. Malik DeJesus**
        **20 Cr. 464 (LJL)**

curfew with location monitoring will allow him great flexibility seek and maintain employment.

Therefore, Mr. DeJesus respectfully requests the aforementioned bail modification with all other conditions to remain in place.

                                        Respectfully submitted,

                                        /s/ *Amy Gallicchio*
                                        Amy Gallicchio
                                        Assistant Federal Defender
                                        (212) 417-8728/ (917) 612-3274

cc:     AUSA Thomas Burnett
        USPTSO Jonathan Lettieri